# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

───────────────

m 01-30106

───────────────

DAVID M. MCELROY;
LAURA MCELROY,
INDIVIDUALLY AND ON BEHALF OF THEIR MINOR CHILD, DAVID R. MCELROY,

Plaintiffs-Appellants,

VERSUS

CUDD PRESSURE CONTROL, INC.; APACHE CORPORATION,

Defendants-Appellees.

───────────────────────

Appeal from the United States District Court
for the Eastern District of Louisiana
m 00-CV-1162-N

───────────────────────

February 11, 2002

Before SMITH and DEMOSS, Circuit Judges, and DUPLANTIER, District Judge.[*]

PER CURIAM:[**]

David McElroy appeals a summary judgment denying his claim for damages allegedly resulting from a blowout on an offshore oil rig near the one on which he was working. We have reviewed the briefs and pertinent portions of the record and have heard the arguments of counsel. We conclude that the district court committed no reversible error in granting summary judgment.

AFFIRMED.

---

[*] District Judge of the Eastern District of Louisiana, sitting by designation.

[**] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.